IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| RICKEY RANDALL WREX SMITH, | ) ) ) |
| Petitioner, | ) ) |
| v. | ) CASE NO. 1:12-CV-1006-WKW ) [WO] |
| UNITED STATES OF AMERICA, | ) ) ) |
| Respondent. | ) |

## **ORDER**

On January 8, 2015, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. (Doc. # 31.) Upon an independent review and upon consideration of the Recommendation, it is ORDERED as follows:

(1) the Recommendation is ADOPTED;

(2) Petitioner's 28 U.S.C. § 2255 petition is DENIED; and

(3) this action is DISMISSED with prejudice.

A separate final judgment will be entered.

DONE this 3rd day of February, 2015.

                                          /s/ W. Keith Watkins
                                CHIEF UNITED STATES DISTRICT JUDGE